UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

February 13, 2018

# NOTICE OF NON-COMPLIANCE

To:  ALL COUNSEL OF RECORD

Case Style:     Ellisor v. Prisoner Transportation Services, LLC

Case Number:    2:17-cv-00144-MHT

Referenced Document:    Response to Discovery Request

Docket Entry Number:    48

The referenced document was electronically filed on *** February 13, 2018 **** in this case and is not in compliance with the local rules and/or administrative procedures of this court.

******This document is discovery and is not allowed pursuant to Local Rule 26.3 NON-FILING OF CIVIL DISCOVERY.

The document is hereby STRICKEN from the record and the parties are instructed to disregard the entry of this document on the court's docket.   Parties should be aware that the striking of this entry does not affect their responsibilities as to the discovery process.