```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


LARRY L. ELLISOR, on      )
behalf of himself and all )
similarly situated        )
persons,                  )
                          )
     Plaintiff,           )
                          )    CIVIL ACTION NO.
     v.                   )      2:17cv144-MHT
                          )
PTS OF AMERICA, LLC       )
                          )
     Defendant.           )
```

## GENERAL BRIEFING ORDER

For any motions to remand, motions to dismiss, motions for judgment on the pleadings, motions for summary judgment, and *Daubert* motions filed in this case, it is ORDERED that:

    1. The movant shall file its brief and any evidentiary submission simultaneously with the filing of the dispositive motion.

    2. The opponent's response brief and any evidentiary submission shall be due 21 days after the date the motion is filed.

3.   The movant's reply brief, if any, shall be due 7 days after the date the response is filed.

4.   The motion shall be under submission on the due date of the reply brief.  Unless the court determines that a hearing is necessary or helpful, at which time a hearing date will be set, the court will determine the motion without oral argument upon submission.

5.   Federal Rule of Civil Procedure 6(a), but not Federal Rule of Civil Procedure 6(d), applies in computing the time periods above.

6.   Briefs in support of or in opposition to any motion <u>generally</u> should not exceed 25 pages.  If a brief exceeds 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.  Additionally, for briefs exceeding 25 pages, the filing party shall submit to chambers a paper courtesy copy bound in a three-ring binder and tabbed.  If a brief and

attachments or exhibits together exceed 25 pages, the filing party shall submit to chambers a paper courtesy copy, double sided, tabbed, and bound in a three-ring binder.

7. There is no requirement that courtesy copies be delivered to chambers by the due date; courtesy copies may be mailed or shipped to chambers on the day they are due.

8. Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

9. Failure to comply strictly with this order for all future filings may result in the striking of the filing or other appropriate sanctions.

DONE, this the 7th day of March, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE