IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
LARRY L. ELLISOR, on        )
behalf of himself and all   )
similarly situated          )
persons,                    )
                            )
     Plaintiff,             )
                            )    CIVIL ACTION NO.
     v.                     )      2:17cv144-MHT
                            )
PTS OF AMERICA, LLC         )
                            )
     Defendant.             )
```

ORDER

Upon consideration of the joint motion to amend scheduling order and for follow-up scheduling conference (doc. no. 55), it is ORDERED as follows:

(1) The motion is granted to the extent that the dispositive-motions deadline will be postponed, but is otherwise denied.

(2) The uniform scheduling order (doc. no. 28) is modified in the following respects:

(A) The pretrial is reset for October 10, 2019, at 10:00 a.m., and the trial is reset for the term of

court beginning on November 18, 2019, at 10:00 a.m., with all unexpired deadlines expressly tied to these two dates adjusted accordingly.

(B) The deadline for filing dispositive and *Daubert* motions is extended from September 10, 2018, to March 15, 2019.

(C) The deadline for the parties' settlement conference is reset to March 1, 2019.

DONE, this the 23rd day of August, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**