IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| LARRY L. ELLISOR, on behalf of himself and all similarly situated persons,<br><br>    Plaintiff,<br><br>    v.<br><br>PTS OF AMERICA, LLC<br><br>    Defendant. | CIVIL ACTION NO.<br>2:17cv144-MHT<br>(WO) |

## JUDGMENT

Pursuant to the joint stipulation of dismissal (doc. no. 62), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety, with plaintiff's individual claims dismissed with prejudice, and with the putative class claims dismissed without prejudice.

It is further ORDERED that the parties are to bear their own discretionary costs and attorneys' fees, and that any outstanding court costs are taxed against plaintiff, in care of his attorney, Mark Merin, at the

address provided on the stipulation.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of January, 2019.

                                 /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**